Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for San Francisco Technology Inc.

**\*E-Filed 03/01/2010\***

United States District Court
Northern District of California

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Adobe Systems Incorporated, The Brita Products Company, Delta Faucet Company, Evans Manufacturing Inc., The Evercare Company, Graphic Packaging International Inc., Magnum Research Inc., Pavestone Company LP, The Procter & Gamble Company, S.C. Johnson & Son Inc., Spectrum Brands Inc., Super Swim Corp., Unilock Inc., West Coast Chain Mfg. Co.<br><br>Defendants | Case No. 5:09-cv-06083-RS<br><br>**Stipulation to Continue Hearing on Motions Filed by Magnum Research Inc. and [Proposed] Order**<br><br>Date: March 25, 2010<br>Time: 1:30 pm<br>Room: Courtroom 3, 17th Floor<br>Judge: Richard Seeborg |

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  Plaintiff San Francisco Technology Inc. ("SF Tech") and defendant Magnum Research Inc. ("Magnum Research") stipulate as follows:

2.  1. On January 29, 2010, Magnum Research filed two motions and noticed the hearings to occur on March 25, 2010. Those motions are:

   a. Defendant Magnum Research Inc.'s Motion To Dismiss (Docket No. 50)
   b. Defendant Magnum Research Inc.'s Notice Of Motion And Motion To Sever And Transfer Venue To District Of Minnesota (Docket No. 51)

2. On Friday, February 26, 2010, Plaintiff's counsel was informed that several other defendants in this case intend to file similar motions on Monday, March 1, 2010, and that those motions will be noticed to be heard on April 8, 2010.

3. For good cause, and to conserve judicial resources, Plaintiff SF Tech and defendant Magnum Research request that the hearing on Magnum Research's motions be continued to April 8, 2010 at 1:30pm so they can be heard concurrently with the other defendants' motions. The stipulating parties also request that the deadlines for filing opposition and reply papers be continued to correspond to the changed hearing date.

Date: March 1, 2010                         Mount & Stoelker, P.C.,

                                            /s/ Dan Fingerman
                                            Attorneys for San Francisco Technology Inc.

Date: March 1, 2010                         Winthrop & Weinstine, P.A.

                                            /s/ David A. Davenport
                                            Attorneys for Magnum Research Inc.


As the attorney electronically filing, I attest that each signatory has concurred in this filing.

Date: March 1, 2010                         Mount & Stoelker, P.C.,

                                            /s/ Dan Fingerman
                                            Attorneys for San Francisco Technology Inc.


Pursuant to stipulation, it is so ordered.

Date: 03/01/2010                            _____
                                            Richard Seeborg, U.S. District Judge

Case No. 5:09-cv-06083-RS                                                         Page 1
Stipulation to Continue Hearing on Motions Filed by Magnum Research Inc. and [Proposed] Order

## **Certificate of Service**

The undersigned certifies that on March 1, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: March 1, 2010             Mount & Stoelker, P.C.,

                                       /s/ Dan Fingerman
                             Attorneys for San Francisco Technology Inc.

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000