# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

SAN FRANCISCO TECHNOLOGY, INC.,

                              Plaintiff,

v.

MAGNUM RESEARCH, INC.,

                              Defendant.

Civil No. 10-1706 (JRT/FLN)

**ORDER DENYING MOTION**

---

Cory Olson, Richard Ostlund, and Steven Kerbaugh, **ANTHONY OSTLUND BAER & LOUWAGIE PA**, 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402; Daniel Fingerman, **MOUNT & STOELKER, PC**, 333 West San Carlos Street, San Jose, CA 95110, for plaintiff.

Brent Lorentz and David Davenport, **WINTHROP & WEINSTINE, PA**, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

This matter is before the Court on defendant's motion to dismiss.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion to dismiss [Docket No. 50] is **DENIED WITHOUT PREJUDICE** for failure to prosecute. Counsel are instructed to advise the Court if the motion will be refiled.

DATED: September 9, 2010
at Minneapolis, Minnesota.

                                          _s/ John R. Tunheim_
                                          JOHN R. TUNHEIM
                                 United States District Judge